STATE OF NEW JERSEY v. FRED LEE PERRY.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF L. G.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF L. G.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLIS N. RAGLAND, JR.

May 18, 1982.

Certification granted, and the judgment of the Appellate Division is summarily reversed and the matter is remanded to the Superior Court, Law Division, Salem County for consideration of the motion for reduction of sentence. Jurisdiction is not retained.